John E. Virga, Esq.  (State Bar # 39451)
**JOHN E. VIRGA, INC**.
A Professional Corporation
721 Eleventh Street
Sacramento, CA  95814
Telephone:  (916) 444-6595
Facsimile:   (916) 444-3318

Attorney for Defendant
Jesus Gonzalez-Ochoa

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.  08-mj-0243 EFB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME** |
| vs. | |
| JESUS GONZALEZ-OCHOA | Court:   Hon. Edmund F. Brennan |
| | Time:    2:00 p.m. |
| Defendant. | Date:    December 16, 2009 |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff, United States of America, and defendant Jesus Gonzalez-Ochoa, by and through his counsel John Virga, Esq., that good cause exists to extend the preliminary hearing currently set for December 16, 2009,  at 2:00 p.m., to February 17, 2010, at 2:00 p.m.,  pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because discovery has been provided to the defense and the parties are engaged in talks regarding a pre-indictment resolution of the case against defendant. All parties agree that a continuance of the preliminary hearing date will not prejudice either of them because a pre-indictment resolution could result in an overall sentencing exposure that is significantly reduced for the defendant.  Both counsel believe a resolution on this case may occur within the two months.

- 1 -

Counsel further stipulate that an exclusion of time from December 16, 2009, to February 17, 2010, is appropriate under the Speedy Trial Act because the government has provided discovery, and has agreed to a draft plea agreement for the defendant. As a result counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare the defense of the case. 18 U.S.C. section 3161(h)(8)(B)(iv).

Dated: December 15, 2009

/s/ John E. Virga

_____
JOHN E. VIRGA
Counsel for Defendant Jesus Gonzalez-Ochoa

Dated:  December 15, 2009

/s/ Jason Hitt [JV]

_____
JASON HITT
Assistant United States Attorney
John E. Virga Authorized to sign for Mr. Hitt on 12/15/09

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

[1]  The Preliminary Hearing currently scheduled for December 16, 2009, at 2:00 p.m. is VACATED, and continued until February 17, 2010, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

[2]  The Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through February 17, 2010.

Dated:  December 15, 2009.

Honorable EDMUND F. BRENNAN
United States Magistrate Judge
Eastern District of California